

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 10, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court